PAMELA O'LEARY TOWER  #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant SHIGEMASA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00309 DAE |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| GUY SHIGEMASA, | ) CERTIFICATE FROM HINA MAUKA IN SUPPORT OF SENTENCING; CERTIFICATE OF SERVICE |
| Defendant. | ) |

CERTIFICATE FROM HINA MAUKA
IN SUPPORT OF SENTENCING

Defendant GUY SHIGEMASA, by and through his attorney PAMELA

O'LEARY TOWER hereby files a certificate from Hina Mauka reflecting that on

March 21, 2006, Mr. Shigemasa completed the Hina Mauka Adult Substance



Abuse Treatment Program and received his clinical discharge.

DATED:   Honolulu, Hawaii, April 17, 2006.

                                    PAMELA O'LEARY TOWER
                                    Attorney for GUY SHIGEMASA

# HINAMAUKA

This certifies that

## Guy Shigemasa

has successfully completed the
Hina Mauka Adult Substance Abuse Treatment Program
and is entitled to receive this
Certificate of Clinical Discharge

March 21, 2006
Date

_____
Clinical Supervisor

_____
Continuing Care Counselor

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of Certificate from Hina Mauka was duly served on the following parties by U.S. Mail, Facsimile or hand-delivery on April 17, 2006.

|  | U.S. Mail | Fax | Hand-Delivery |
|---|---|---|---|
| CLARE CONNORS<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>Attorney for the United States |  |  | X |
| THERESA F. LONGBOY<br>U.S. Probation Officer<br>PJKK Federal Building, Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 |  |  | X |

DATED:    Honolulu, Hawaii, April 17, 2006.

_____
PAMELA O'LEARY TOWER
Attorney for GUY SHIGEMASA