# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00309DAE

CASE NAME:        USA v. Guy Kino Shigemasa

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

---

JUDGE:    David Alan Ezra          REPORTER:

DATE:     4/28/2006                TIME:

---

COURT ACTION:  EO: Sentencing to Count 2 of the Indictment as to Defendant Guy Kino Shigemasa.

TRANSCRIPT FOR THIS HEARING TO BE SEALED.

Submitted by:  Theresa Lam, Courtroom Manager